**UNITED STATES of America,
Plaintiff-appellee,**

v.

**Claude Thomas WALLACE, Defendant-
appellant.**

**No. 16572.**

United States Court of Appeals
Sixth Circuit.

April 20, 1966.

Before O'SULLIVAN, PHILLIPS and
EDWARDS, Circuit Judges.

ORDER.

This cause came on to be heard upon
the record and briefs, and upon the argument of counsel for appellee, appellant's
counsel not appearing, and upon due consideration thereof,

It is ordered that the judgment of the
District Court (254 F.Supp. 653) be,
and it is, hereby affirmed.

**UNITED STATES of America,
Appellee,**

v.

**Willard MOORE, t/a Willard Moore Coal
Company, Appellant.**

**In the Matter of: 230.26 Acres of Land,
more or less, situated in Wise County,
Commonwealth of Virginia.**

**No. 10331.**

United States Court of Appeals
Fourth Circuit.

Argued May 2, 1966.

Decided May 11, 1966.

Carl E. McAfee, Norton, Va. (Cline,
McAfee & Pippin, Norton, Va., on brief),
for appellant.

Raymond N. Zagone, Atty., Dept. of
Justice (Edwin L. Weisl, Jr., Asst. Atty.
Gen., S. Billingsley Hill, Atty., Dept. of
Justice, and Thomas B. Mason, U. S.
Atty., and James C. Roberson, Asst. U.
S. Atty., on brief), for appellee.

Before BRYAN and BELL, Circuit
Judges, and FIELD, District Judge.

PER CURIAM.

In the condemnation by the United
States of Willard Moore's coal leasehold
interest in a tract of land in Wise County,
Virginia, the District Court, on further
evidence, approved an award by its Commission of $1500 as just compensation.
Appealing the judgment as inadequate,
the owner lays the blame for the deficiency upon unwarranted and insufficient
findings of fact by the Commission and
the Court. As we cannot say these determinations are clearly erroneous, we affirm. F.R.Civ.P. 71A and 53(e) (2).

Affirmed.